IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY DALE BROWN, #185123, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT BENTLEY, et al., )<br>)<br>Defendants. ) | CASE NO. 2:14cv750-WHA<br><br>(WO) |

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Tommy Dale Brown, and this case is DISMISSED without prejudice.

DONE this 1st day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE